**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| STEPHEN L. PIERCE, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 24-0679-RGA |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY | : | |
| and | : | |
| CITY OF DOVER, POLICE ACADEMY | : | |
| and | : | |
| WILLIE JOHNSON, individually, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND FOR LEAVE TO FILE
EXCESS PAGES IN SUPPORT OF HIS RESPONSE**

Plaintiff, by and through his undersigned Counsel, hereby submits the following Motion.

For the bases outlined below, Plaintiff respectfully requests that this Honorable Court grant his

unopposed request to extend the deadline to respond to Defendants' Motions for Summary

Judgment until July 18, 2025, as well as his request for leave to exceed the page limit pursuant to

Local Rule 7.1.3.(4), by no greater than ten (10) pages.

1.)    Plaintiff proceeds with claims against Defendants, Delaware River and Bay

Authority, the City of Dover Police Academy, and Willie Johnson, for violations

of the Age Discrimination in Employment Act ("ADEA" - 29 *U.S.C.* §§ 621 *et.*

*seq.*), the Americans with Disabilities Act ("ADA" – 42 *U.S.C.* §§ 12101, *et. seq.*),

and various state laws. *See* Docket Entry No.: 1.  Specifically, Plaintiff asserts that

he was subjected to a hostile work environment during his academy training and

1

unlawfully terminated by Defendants because of his age, perceived disabilities, and protected activities. *Id.*

2.)    On July 1, 2025, Defendants collectively filed two separate motions for summary judgment. *See* Docket Entry Nos.: 47-53.

3.)    Plaintiff's responses are both currently due to this Court on or before July 15, 2025. *Id.*

4.)    In reviewing Defendants' Motion and the contents *thereof*, and preparing his brief in opposition to same, Plaintiff does not anticipate that he will be able to adequately address the various legal arguments at issue without exceeding the 20-page limit. In addition to the traditional *McDonnell Douglas* burden shifting analysis, and surrounding case law on the issue of "pre-text," as to Plaintiff's ADA and ADEA claims, Plaintiff also needs to address as his remaining claims, including for retaliation under the First Amendment, and Defamation under 42 *U.S.C.* § 1983 and state law. Arguments are separately being made with regard to Plaintiff's employment relationship with Defendants, immunity, and individual liability of Defendant Johnson.

5.)    Plaintiff will require no greater than ten (10) additional pages to address the various legal arguments at issue in each of these Motions, and articulate the nature of the material facts in dispute.

6.)    Furthermore, as two separate motions have been filed, each of which attempts to dismiss each of Plaintiff's claims, Plaintiff anticipates experiencing great difficulty in managing to respond to both motions within the 14-day window currently permitted. This difficult is only compounded by the fact that Counsel must respond

to motion practice in another matter during the same timeframe, as well as the 4th of July holiday.

7.)     Plaintiff submits that this request is made in good faith and to properly advance his arguments before this Court, and is not made with any improper purpose to delay the instant proceedings.

8.)     Plaintiff conferred with Defendants, and although Defendants do not consent to his request for an extension of the page limitation, Defendants do not oppose Plaintiff's requests to extend the deadline to respond to July 18, 2025.

Based on the foregoing, Plaintiff respectfully requests this Honorable Court grant his request for leave to exceed the page limit pursuant to the Local Rules of Court, by no greater than ten (10) pages, and to extend the deadline to respond to Defendants' Motions for Summary Judgment until July 18, 2025.

Respectfully Submitted,

**KARPF, KARPF, & CERUTTI, P.C.**
Timothy S. Seiler, Esq.
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
(215) 639-0801
*Admitted Pro Hac Vice*

**LAROSA & ASSOCIATES LLC**

*/s/ John M. LaRosa*
John M. LaRosa, Esq.
Delaware Bar ID No. 4275
1225 King Street, Suite 802
Wilmington, DE 19801-3246
Phone: (302) 888-1290
Fax: (302) 655-9329
JLR@LaRosaLaw.com

Dated: July 3, 2025                    *Attorneys for Plaintiff*

3